# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 AUG 18 P 1:59

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Jason M. Parker

v.

Case Number: **17-C-1139**

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Lieutenant Daniel Ruth

Sheriff Beth

Officer Cameron, Officer Haynes

Unknown "Rookie" no name tag, Officer Davidson

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Kenosha County Jail PreTrial Facility 1000 55th Street Kenosha, WI 53140__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Lt. Ruth, Sheriff Beth, Officer Cameron, Officer Haynes, Davidson, Rookie__
   (Name)

Complaint – 1

Case 2:17-cv-01139-LA   Filed 08/18/17   Page 1 of 5   Document 1

IS (IF A PERSON OR PRIVATE CORPORATION) A CITIZEN OF _____
                                                    (STATE, IF KNOWN)
AND (IF A PERSON) RESIDES AT _____
                                            (ADDRESS, IF KNOWN)
AND (IF THE DEFENDANT HARMED YOU WHILE DOING THE DEFENDANT'S JOB)
WORKED FOR Kenosha County Sheriff's Department 1000 55th St. Kenosha, Wisconsin 53140
                            (EMPLOYER'S NAME AND ADDRESS, IF KNOWN)
    (IF YOU NEED TO LIST MORE DEFENDANT'S, USE ANOTHER PIECE OF PAPER.)

   B. STATEMENT OF CLAIM
      ON THE SPACE PROVIDED ON THE FOLLOWING PAGES, TELL;
      1. WHO VIOLATED YOUR RIGHTS;
      2. WHAT EACH DEFENDANT DID;
      3. WHEN THEY DID IT;
      4. WHERE IT HAPPENED; AND
      5. WHY THEY DID IT, IF YOU KNOW;

COMPLAINT - 2

The Plaintiff Jason M. Parker is an inmate at Kenosha County Jail Pre Trial Facility in Kenosha, Wisconsin. On July 11, 2017 between 11: -11:50 A.M. Lunch Time, the Plaintiff was housed in X-Block Cell X13. The Plaintiff became (very sick) (immediately) (after eating lunch). The Plaintiff notified three officers and pressed the medical emergency button located in his cell. The Plaintiff waited for medical assistance but officers deliberately ignored the well-being of the Plaintiff and never assisted him. The Plaintiff's mother called supervision and spoke to Lt. Ruth and was told by someone that they were assisting him, which was not true. Plaintiff seeks monetary damages. The Plaintiff passed out and woke up to see his window chuck on his cell door "closed" until 3rd shift (view camera's) even though officers are suppose to check on inmates every 15 to 20 minutes, officers refused to follow policy. Plaintiff seeks redress for total denial of medical care, inadequacy of medical care, right to medical aid, and conduct of prison officials attendant to the medical care.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

IF I WIN THIS LAWSUIT I WOULD LIKE THE COURT TO AWARD ME MONETARY DAMAGES IN THE AMOUNT OF $2,000,000.00

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

[✓] – YES    [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16__ day of __July__ 20__17__.

Respectfully Submitted,

*Jason Parker*
Signature of Plaintiff

__196__
Plaintiff's Prisoner ID Number

Kenosha County Jail Pre Trial Facility 1000 55th st Kenosha, WI 53140
1506 Dustin Dr #1 Normal, Illinois 61761
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5